IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00478-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO BAEZA-LOZANO,

        Defendant.
_____

**ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION
REPORT TO THE UNITED STATES PROBATION OFFICE
IN THE WESTERN DISTRICT OF TEXAS**
_____

        THIS MATTER is before the court upon the request of the United States Probation Office in the Western District of Texas, requesting permission to access the Presentence Investigation Report prepared in this case for use in a sentencing proceeding in the Western District of Texas. Upon review, the court

        ORDERS the Presentence Investigation Report prepared for this court may be disclosed and viewed by the United States Probation Office for the Western District of Texas, and

        FURTHER ORDERS that the Presentence Investigation Report not be copied or in any way disclosed beyond the scope of this order, and that the report be distributed by a representative of the United States Probation Office. The court

        FURTHER ORDERS that the Recommendation section of the Presentence Investigation Report is not to be disclosed.

        DATED at Denver, Colorado, this 8th of March, 2007.

                                    BY THE COURT:

                                    <u>s/ Edward W. Nottingham</u>
                                    Edward W. Nottingham
                                    United States District Judge